UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Don Chavas Mexican Restaurant, Inc., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> vs.<br><br>Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Meats Co., Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Pilgrim's Pride Corporation, Perdue Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc. (Processing Division), Wayne Farms, LLC, Mountaire Farms, Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc., Peco Foods, Inc., Foster Farms, LLC, House of Raeford Farms, Inc., Simmons Foods, Inc., Fieldale Farms Corporation, George's, Inc., George's Farms, Inc., O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.<br><br>       Defendants. | Case No. _____<br><br>**CLASS ACTION COMPLAINT** |

492538

Table of Contents

| | | | |
|---|---|---|---|
| I. | NATURE OF ACTION | | 1 |
| II. | JURISDICTION AND VENUE | | 5 |
| III. | PARTIES | | 7 |
| | A. | Plaintiff | 7 |
| | B. | Defendants | 7 |
| | | 1. Koch Foods Defendants | 7 |
| | | 2. Tyson Defendants | 8 |
| | | 3. Pilgrim's Pride Corporation | 9 |
| | | 4. Perdue Farms, Inc. | 10 |
| | | 5. Sanderson Farms Defendants | 10 |
| | | 6. Wayne Farms, LLC | 11 |
| | | 7. Mountaire Farms Defendants | 11 |
| | | 8. Peco Foods | 12 |
| | | 9. Foster Farms | 12 |
| | | 10. House of Raeford Farms | 12 |
| | | 11. Simmons Foods | 13 |
| | | 12. Fieldale Farms | 13 |
| | | 13. George's Defendants | 13 |
| | | 14. O.K. Foods Defendants | 14 |
| IV. | AGENTS AND CO-CONSPIRATORS | | 15 |
| V. | TRADE AND COMMERCE | | 16 |
| VI. | FACTUAL ALLEGATIONS | | 17 |
| | A. | Background on Broilers. | 17 |
| | | 1. "Broilers." | 17 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Don Chavas Mexican Restaurant, Inc., individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>  vs.<br><br>Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Meats Co., Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Pilgrim's Pride Corporation, Perdue Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc. (Processing Division), Wayne Farms, LLC, Mountaire Farms, Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc., Peco Foods, Inc., Foster Farms, LLC, House of Raeford Farms, Inc., Simmons Foods, Inc., Fieldale Farms Corporation, George's, Inc., George's Farms, Inc., O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc.<br>                        Defendants. | Case No. _____<br><br>**CLASS ACTION COMPLAINT** |

492538

Table of Contents

I. NATURE OF ACTION ..................................................................................................1

II. JURISDICTION AND VENUE ....................................................................................5

III. PARTIES .........................................................................................................................7

    A. **Plaintiff** ...............................................................................................................7

    B. **Defendants** .........................................................................................................7

        1. *Koch Foods Defendants* ...........................................................................7

        2. *Tyson Defendants* ....................................................................................8

        3. *Pilgrim's Pride Corporation* ...................................................................9

        4. *Perdue Farms, Inc.* ................................................................................10

        5. *Sanderson Farms Defendants* ...............................................................10

        6. *Wayne Farms, LLC* ................................................................................11

        7. *Mountaire Farms Defendants* ...............................................................11

        8. *Peco Foods* .............................................................................................12

        9. *Foster Farms* .........................................................................................12

        10. *House of Raeford Farms* ......................................................................12

        11. *Simmons Foods* .....................................................................................13

        12. *Fieldale Farms* ......................................................................................13

        13. *George's Defendants* ............................................................................13

        14. *O.K. Foods Defendants* .........................................................................14

IV. AGENTS AND CO-CONSPIRATORS ......................................................................15

V. TRADE AND COMMERCE .......................................................................................16

VI. FACTUAL ALLEGATIONS .......................................................................................17

    A. **Background on Broilers.** ................................................................................17

        1. *"Broilers."* .............................................................................................17